Entered on Docket January 10, 2019

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | IN CHAPTER 13 PROCEEDING NO. 17-11970-CMA |
|---|---|
| RICHARD TRACEY DWYER, | *EX PARTE* ORDER DISMISSING CASE |
| Debtor(s). | |

THIS MATTER originally came before the Court on the Chapter 13 Trustee's motion to dismiss case (ECF No. 40). On July 30, 2018, the Court ordered that the Trustee could submit an *ex parte* order dismissing this case if the debtor failed to make each plan payment for the six-month period beginning August 2018, and to cure the $20,010.00 payment delinquency by September 25, 2018 (ECF No. 44). Based on the declaration from the Trustee's office (ECF No. 45), the debtor failed to comply with the Court's order. It is therefore

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

*EX PARTE*
ORDER DISMISSING CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282